**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ, | Case No. CV-18-5716-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| JORGE ARAUJO, et al., | |
| Defendant(s). | |

Plaintiff was ordered to show cause in writing by not later than September 27, 2018 why this action should not be dismissed for lack of prosecution. On September 25, 2018, plaintiff filed a Response to the Order to Show Cause (Dkt. No. 12), requesting for an additional month to serve defendant. No good cause was shown and Plaintiff's request is DENIED.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: September 26, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE